IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GWENDOLYN GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:09cv520-MHT |
| | ) | (WO) |
| CITY OF MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the plaintiff's motion to strike (Doc. No. 54) is denied.

First, the plaintiff has not identified what additional evidence she would like to present.  Second, she did not file a motion requesting the opportunity to present additional evidence.  Third, when the court reopened the defendant's motion for summary judgment as to the plaintiff's retaliation claims, she did not move to reopen the motion as to her race-discrimination claims.

DONE, this the 9th day of December, 2010.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE