IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GWENDOLYN GRAY,         ) | |
|                     ) | |
|   Plaintiff,    ) | |
|                     ) | CIVIL ACTION NO. |
| v.                  ) | 2:09cv520-MHT |
|                     ) | (WO) |
| CITY OF MONTGOMERY,  ) | |
|                     ) | |
|   Defendant.    ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for summary judgment (Doc. No. 15), filed by defendant City of Montgomery is granted.

(2) Judgment is entered in favor of defendant City of Montgomery and against plaintiff Gwendolyn Gray, with plaintiff Gray taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Gray, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of December, 2010.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**